United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

2014 JUL -1 P 2:12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

v.

CALEN ODELL CHACON

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:14mj90-TFM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>June 30, 2014</u>, in <u>Pike</u> County and elsewhere within the <u>Middle</u> District of <u>Alabama</u> defendant(s) did, (Track Statutory Language of Offense)

distribute methamphetamine, a Schedule II Controlled Substance,

in violation of Title <u>21</u> United States Code, Section <u>841(a)(1)</u>.

I further state that I am a **Special Agent with the Drug Enforcement Agency** and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 1, 2014                        at        Montgomery, Alabama
Date                                          City and State

Terry F. Moorer, U. S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Neill Thompson, having appeared before the undersigned United States Magistrate, and having been duly sworn, deposes and states:

I am a Special Agent with the Drug Enforcement Administration assigned to the Montgomery Resident Office. I have been a DEA Agent since June 1998. Prior to June 1998, I was a police officer with the Tuscaloosa Police Department for a period of approximately twelve years, with over four of those years as a narcotics detective. During the course of my career, I have written and executed in excess of one hundred search and seizure warrants for narcotics, dangerous drugs, records, books, and proceeds derived as a result of this illicit activity. Further, I have arrested in excess of three hundred individuals for violations of State and Federal narcotics statutes. I have attended and successfully completed training concerning narcotics trafficking, conspiracies, and money laundering methods that narcotics traffickers employ. The following information has been obtained either through personal observation or from other law enforcement officials.

On June 30, 2014, I received information from Hartford, Alabama Police Department Chief Annie Ward. Chief Ward advised that she received information from a Confidential Source (CS) who stated that Calen Odell Chacon (Chacon) was in Tennessee and was driving back to Geneva County, Alabama with a shipment of methamphetamine. The CS stated that Chacon was travelling in a black BMW. Chief Ward believed that the BMW was probably one owned by one of Chacon's girlfriend's named Carlovita Lett (Lett). I ran a database check on Lett, and found that she had a black 1999 BMW registered in her name and it bore Alabama license plate 1015AL1.

Chief Ward and I are very familiar with Chacon and his reputation as a methamphetamine trafficker. Additionally, in November 2012, another Confidential Source purchased approximately one half ounce of methamphetamine from Chacon, under my direction.

Based on the information from Chief Ward, I contacted several law enforcement agencies along Interstate 65 and State Highway 231, in Alabama about Chacon.

At approximately 5:00 PM, Troy, Alabama Police Department Investigators Chris Brooks and Eric Ernsberger were watching Highway 231 near County Road 1111. Investigator Ernsberger and Investigator Brooks observed the 1999 BMW bearing Alabama license plate 1015AL1 travelling southbound on Highway 231. They followed the BMW, and observed it signal and change lanes into the right lane. They continued to follow the BMW and a short distance later they observed the BMW change lanes into the left lane without using a signal. Investigator Brooks initiated a vehicle stop on the BMW, and the BMW pulled over into the parking lot of the Motel 6 off Highway 231.

Investigator Ernsberger and Investigator Brooks approached the BMW. Investigator Ernsberger approached the passenger's side and Investigator Brooks approached the driver's side. Investigator Ernsberger and Investigator Brooks obtained the driver's information, and the driver was found to be Chacon. Investigators Brooks and Ernsberger questioned the drivers and the passengers. The front seat passenger was identified as Jeffery Ashley Harley (Harley). The rear seat passengers were identified as Tilina Deetion (Deetion) and Stacy White (White). Investigators Brooks and Ernsberger questioned the occupants of the BMW separately, regarding where they had been prior to Troy, Alabama. The statements were contradictory.

Troy Police Department Officer Josh Wasden arrived on the scene and deployed a narcotics detection canine (NDC) in an exterior search of the BMW. The NDC indicated for the presence of narcotics in the trunk area and the driver's and front and back passenger doors.

Investigator Brooks searched the interior of the BMW and Investigator Ernsberger searched the trunk area. Investigator Ernsberger found a pink and gray knapsack which contained a Ziploc bag inside a paper bag. The Ziploc bag contained approximately two pounds of a crystal-like substance, believed to be methamphetamine.

Investigator Ernsberger placed Chacon, Harley, White, and Deetion under arrest. They were all transported to the Troy, Alabama Police Department. Investigator Ernsberger also seized three cellular telephones from the BMW.

Task Force Officer (TFO) Tom Reid and I arrived at the Troy Police Department at approximately 6:30 PM. I spoke with Investigator Ernsberger who told me that he had performed a field test on a sample of the methamphetamine and the test was positive for the presence of methamphetamine.

TFO Reid and I interviewed Chacon. I read Chacon his rights, Miranda warnings, from a card, and Chacon stated that he understood his rights, and he was willing to answer questions. Chacon said that he was just letting Harley borrow his girlfriend's car, and that Harley told him that he would "look out for him". Chacon said that he and Harley left Geneva County, went to Enterprise, Alabama to pick up White and Deetion, and then went to Montgomery and spent the night in a hotel. Chacon said that at one point Harley and White left in the BMW. Chacon said "I don't know when they got the dope" and "I didn't know for sure if he had it". Chacon said that "I kind of figured when we didn't leave, what was going on".

TFO Reid and I also interviewed Harley. I read Harley his Miranda Rights from a card. Harley stated that he understood his rights, and agreed to answer questions. Harley said that he and Chacon left Geneva County and went to Enterprise, Alabama to pick up Deetion and White. Harley said that they stayed at a hotel in Montgomery on Sunday night and just rode around in Montgomery until it was time to come home. I asked him if he had a cellular telephone in the car, and he said that he had a "Droid" with a broken screen. I asked him if I could look through his telephone and he denied my request. He said that it had personal things on it, and it hasn't

2

had service for several days. He said he just used it to check social media websites on the internet.

TFO Reid and I also interviewed Stacy White. I read White her rights, Miranda warnings from a card. White stated that she understood her rights, and agreed to answer questions. White said that Deetion called her, and asked her if she wanted to ride around. She said that she met Deetion, White, Chacon, and they left Enterprise and went to Montgomery, Alabama, where they ended up getting a hotel room. White said that she stayed with Chacon and Deetion stayed with Harley. White said that the next day they left the hotel and went to north Alabama. She said that she remembered seeing a sign that said "Blount County". White said that Chacon was driving and they went to an abandoned mobile home. She said that Chacon was using Harley's telephone. She said that a Hispanic male arrived on a black pickup truck and Chacon left with him. She said that she, Deetion, and Harley remained in the car, and that Harley said that Chacon would be back. White said that Chacon returned one to two hours later, and opened the trunk of the BMW. White said that Chacon was at the trunk for one to two minutes. White said that they left and got gas, and then came back through Montgomery and got stopped in Troy, Alabama. White said that she had told Chacon that he was driving "crazy". White said that she thought that "they carried us up there for a decoy".

TFO Reid and I also interviewed Deetion. I read Deetion her rights, Miranda warnings from a card. Deetion stated that she understood her rights, and agreed to answer questions. Deetion initially stated that they just went to Montgomery, spent the night in the hotel, and the next morning that Harley woke her up, and said that it was time to go. She said that after they left the hotel they just rode around Montgomery. I told Deetion that I knew that she was not telling the truth regarding their activities on that day. Deetion then said that this morning Chacon told her that they were going to Birmingham, Alabama. Deetion said that they went to an abandoned mobile home and Chacon's cousin, a Hispanic male, arrived in a black pickup truck. She said that Chacon left with the male and was gone for about two hours. She said that Chacon and the male returned, and Chacon and the male talked for about thirty minutes. Deetion said that she did not tell the truth initially because she was scared that Harley was going to get mad and call her a "snitch". She said that she has been involved in a relationship with Harely for about a year. She said that Harley told her and White that if they needed anything that he would take care of them.

TFO Reid and I talked to Harley again, and confronted him with statements made by White and Deetion. Harley said that the reason that he did not tell the truth is that he was scared for his kid's life. He said that he was getting paid by Chacon for security. He said that Chacon did meet a Hispanic male in a black truck at an abandoned mobile home about 50 miles outside of Montgomery, Alabama. He said that Chacon left with the male, and when Chacon returned he went into the trunk of the BMW.

3

White, Deetion, and Harley were released. TFO Reid and I transported Chacon to the Montgomery DEA Resident Office for processing. Afterwards, I transported Chacon to the Montgomery City Jail where he was held. At the jail, Chacon said that he wanted to talk again. I advised Chacon that his rights, Miranda warnings, still applied, and TFO Reid witnessed this. Chacon said that the methamphetamine was supposed to be Harley's. Chacon said that Harley had been asking Chacon to get him some methamphetamine. Chacon said that Harley was to pay him five hundred dollars to take him to meet his source of supply, and to get the methamphetamine. Chacon said that Harley paid him $25,000.00 for the methamphetamine, which was a little over two pounds.

Based on the experience and training of your affiant, it is his belief that probable cause exists to arrest Calen Odell Chacon for violations of Title 21, United States Code, Section 841 (a)(1), Possession with Intent to Distribute Methamphetamine. Further that the events occurred within the Middle District of Alabama.

Further your Affiant sayeth naught. I swear under penalty of perjury that the forgoing is true.

NEILL THOMPSON
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before me this 1st day of July 2014

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

4