**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUL 10 2014

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:14cr413-WKW |
| v. ) | [21 U.S.C. § 841 (a)(1)] |
| ) | |
| CALEN ODELL CHACON ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about November 6, 2012, in Geneva County, and elsewhere, within the Middle District of Alabama,

CALEN ODELL CHACON,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

Beginning from an unknown date and continuing to on or about June 30, 2014, in Pike County, and elsewhere, within the Middle District of Alabama,

CALEN ODELL CHACON,

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.  The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B.  Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Counts 1 and 2 of this Indictment, the defendant,

CALEN ODELL CHACON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense in violation of Title 21, United States Code, Section 841(a)(1).

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

 (1) cannot be located upon the exercise of due diligence;

 (2) has been transferred or sold to, or deposited with, a third party;

 (3) has been placed beyond the jurisdiction of the court;

 (4) has been substantially diminished in value; or

 (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Kevin P. Davidson
Assistant United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney