IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:14cr413-WKW-TFM-1 |
| | ) | |
| CALEN CHACON, | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO WTIHDRAW DEFENDANT CALEN CHACON'S MOTION FOR REVOCATION OF DETENTION ORDER**

Defendant Calen Chacon, by and through undersigned counsel, moves to withdraw his Motion For Revocation Of Detention Order (Doc. 26), and in support, would state as follows:

1. Undersigned has spoken with the prosecuting attorney in this matter, and based upon said conversation, undersigned has agreed to withdraw said motion (Doc. 26).

        Respectfully submitted,

        /s Dustin J. Fowler
        Dustin J. Fowler
        Attorney for Defendant
        Buntin, Etheredge & Fowler, LLC
        ASB-8960-S69F
        P.O. Box 1193
        Dothan, Al 36301
        Phone: (334) 793-3377
        Facsimile: (334) 793-7756

CERTIFICATE OF SERVICE

     I hereby certify that I have on this the 17th day of July, 2014, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send electronic notice to all counsel of record.

                                            /s Dustin J. Fowler
                                            Dustin J. Fowler
                                            Attorney for Defendant
                                            Buntin, Etheredge & Fowler, LLC
                                            ASB-8960-S69F
                                            P.O. Box 1193
                                            Dothan, Al 36301
                                            Phone: (334) 793-3377
                                            Facsimile: (334) 793-7756