IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:14-CR-413-WKW |
| ) | |
| CALEN ODELL CHACON ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Withdraw Defendant Calen Chacon's Motion for Revocation of Detention Order (Doc. # 28), it is ORDERED that the motion is GRANTED to the extent that the Motion for Revocation of Detention Order (Doc. # 26) is DENIED as moot.

DONE this 17th day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE